

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00747-CV

**NORTHEAST INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

Blanch S. **REYNA**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01212
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  December 10, 2014

DISMISSED

On December 4, 2014, Appellant moved this court to dismiss the appeal.  Appellant states the parties have settled their dispute and Appellee does not oppose the motion to dismiss.

Appellant's motion is granted, and the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).

PER CURIAM